IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | ) |
| | ) |
| BRIAN JOSEPH REISCHMAN | ) Case No. 3:07-bk-33663 |
| | ) |
|     Debtor. | ) Chapter 7 Proceeding |

| | |
|---|---|
| DALI USA, INC. and SUNRIDGE DEVELOPMENT CORPORATION | ) ) ) |
|     Plaintiffs, | ) ) |
|     v. | ) Adv. Proc. No. 08-03020 ) |
| BRIAN JOSEPH REISCHMAN | ) ) |
|     Defendant. | ) |

MOTION FOR SUMMARY JUDGMENT

Comes now the debtor/defendant, Brian Joseph Reischman, by and through counsel, and moves for summary judgment in accordance with Federal Rule of Bankruptcy Procedure 7056 and the Federal Rule of Civil Procedure 56. In support of its motion for summary judgment the debtor/defendant, Brian Joseph Reischman, respectfully submits a memorandum of law in support of the Motion for Summary Judgment to be filed concurrently with this motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Motion For Summary Judgment and Memorandum of Law in Support has been forwarded to the following by US Mail, postage prepaid and/or Electronic Case Filing (ECF) to:

Patricia Foster, Attorney for Trustee
Suite 114, 800 Market Street
Howard H. Baker Jr. US Courthouse
Knoxville, TN 37902

N. David Roberts
P.O. Box 2564
Knoxville, TN 37901
(865) 566-0538

Matthew Birdwell
Attorney for Dali USA, Inc.
Hodges, Doughty & Carson, PLLC
P.O. Box 869
Knoxville, TN 37901-0869
(865) 292-2234
mbirdwell@hdclaw.com

Jerry M. Martin
Attorney for Sunridge Development Corp.
The Neal Law Firm
2108 Keller Bend Road
Knoxville, TN 37922
(865) 692-9229
jmmnif@aol.com


Dated May 13, 2008


/s/ Steven F. Crawford
Steven F. Crawford, #019067
Clark & Washington, P.C.
640 North Building
2606 Greenway Drive, Suite 105
Knoxville, TN 37918
(865) 281/8084
scrawford@cw13.com